**Order entered December 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00102-CV

## ESTATE OF FREDERIC B. ASCHE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-3533-2**

## ORDER

We **GRANT** appellees' December 28, 2015 unopposed second motion for an extension of time to file a brief. Appellees shall file a brief by **FEBRUARY 1, 2016**. We caution appellees that no further extension will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE